AO 241(Rev. 1/15) (Conviction, INND Rev. 8/16)

page 1

-FILED-

MAY - 3 2023

At Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for a ~~state prisoner seeking to challenge a state conviction or a state probation/parole revocation proceeding.~~
If you want to challenge more than one, you must file a separate form for each one.
If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.]

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (under which you were convicted): | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] |
|---|---|
| Jadon Kratoska | **3:23-cv-360** |
| Place of Confinement : St. Joseph County Jail | |

[*Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.*]

## CONVICTION AND SENTENCE

1. What State court entered the judgment you are challenging? The St. Joseph Superior Court(s)

   Criminal case number: 71D03-2301-F5-000010 (01) ___ Did you plead guilty? ○ Yes. ⊙ No.

   Length of sentence: Jan. 8th 2023 up to 6 years . Date of sentencing: 1 / 8 / 2023

   Crime(s) for which you were sentenced: _____

   _____

   _____

## PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ⊙ No. ○ Yes, the revocation hearing was held on: ___/___/___

   by _____ and I was revoked because _____

   _____

   [*For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.*]

## DIRECT APPEAL [*Do not include post-conviction relief petitions or other collateral attacks in this section.*]

3. Did you directly appeal to the Court of Appeals of Indiana? ⊙ No. ○ Yes, case number: _____

   Result: _____. Date of result:___/___/_____

   Did you seek transfer to the Indiana Supreme Court? ⊙ No. ○ Yes, case number: _____

   Result: _____. Date of result:___/___/_____

   Did you petition for certiorari to the United States Supreme Court? ⊙ No. ○ Yes, case number: _____

   Result: _____. Date of result:___/___/_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

AO 241(Rev. 1/15) (Conviction, INND Rev. 8/16)                                                                                    page 2

## FIRST POST-CONVICTION RELIEF PETITION

4. Did you file a post-conviction relief petition in State court? ⦿ No.  ◯ Yes, case number: _____

    Name of court: _____. Date of filing: ____/____/_____

    Result: _____. Date of result: ____/____/____

    Did you appeal to the Court of Appeals of Indiana? ⦿ No.  ◯ Yes, case number: _____

    Result: _____. Date of result: ____/____/____

    Did you seek transfer to the Indiana Supreme Court? ⦿ No.  ◯ Yes, case number: _____

    Result: _____. Date of result: ____/____/____

## OTHER COLLATERAL ATTACKS

5. Other than the cases listed above, have you filed anything else in <u>State</u> court challenging this conviction or revocation?

    ⦿ No.  ◯ Yes, I filed: _____. Case number: _____

    Name of court: _____. Date of filing: ____/____/_____

    Result: _____. Date of result: ____/____/____

    Did you appeal to the Court of Appeals of Indiana? ⦿ No.  ◯ Yes, case number: _____

    Result: _____. Date of result: ____/____/____

    Did you appeal to the Indiana Supreme Court? ⦿ No.  ◯ Yes, case number: _____

    Result: _____. Date of result: ____/____/____

6. Have you challenged this conviction or revocation in <u>federal</u> court? ⦿ No.  ◯ Yes, case number: _____

    Name of court: _____. Result: _____

7. Have you challenged this conviction or revocation in any other case or appeal? ⦿ No.  ◯ Yes. [*Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.*]

## FILING FEE [*The fee for filing this habeas corpus petition is $5.00.*]

8. Are you paying the $5.00 filing fee?

    ◯ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

    ◯ Yes, the money will be paid for me by _____.

    ⦿ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account <u>AND</u> I have received less than $15.00 a month during the past six months.

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*
***CAUTION:***
***If you do not present every ground in this petition, you may be barred from doing so later.***]

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND ONE:** [*Briefly describe your claim.*] _____

_____

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground One to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ◯ No - Explain why not.

_____

_____

**GROUND TWO:** [*Briefly describe your claim.*] _____

_____

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Two to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ◯ No - Explain why not.

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

AO 241 (Rev. 1/15) (Conviction, INND Rev. 8/16)                                                                     page 4

**GROUND THREE:** [*Briefly describe your claim.*] _____

_____

       Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ◯ No - Explain why not.

_____

_____

_____

**GROUND FOUR:** [*Briefly describe your claim.*] _____

_____

       Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Four to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ◯ No - Explain why not.

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## TIMELINESS OF PETITION

> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides that:
>
> (1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
>
>   (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>
>   (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>
>   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
>   (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
>
> (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

As I truly & deeply feel concerning with my heart, mind, body & soul as each time I'm incarcerated and handcuff(s) are apon my rist; my life is put inmenat danger and is in jepecty.
As I've lost my entire life, I'm threatened, assaulted, intimidated as well as immediately lossing my entire life, Love, Liberty as well as freedom. "Forced around enamies & true felonies) baiced on lies!"
Truly concerning always being forced by the lawenforcement (OR) FED(s) to be guilty until (provin my innocent(s) (OR) albe to afand my innocent(s)) with a attorney. "Destroying my faith & trust in the near future, concerning with any other type of relationships) with peoples) trust.....

## RELIEF

I ask for the following relief: Personal Apologize, Released From Custody as well as money, house, Car and monetary Resources arround the world. _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 04 / 25 /20 23 at 6:35 am/pm.
   [*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true.

JaDon Kratoska                                                 330305
Signature                                                      Prisoner Number

   [*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]