# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

JADON KRATOSKA
       PETITIONER

   v.

Civil Action No. 3:23-cv-360

SHERIFF
*St Joseph County Jail*
       RESPONDENT

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Petitioner Jadon Kratoska's Petition for Writ of Habeas Corpus is DISMISSED; Jadon Kratoska is DENIED a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon DeGuilio as to Petition for Writ of Habeas Corpus.

DATE: 5/10/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                 by   s/ S.Jarrell_____
                                                      *Signature of Clerk or Deputy Clerk*